NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAR 24 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEPHEN H. JOHNSON; PAULA A. JOHNSON,

Plaintiffs-Appellants,

v.

CALIBER HOME LOANS, INC.; et al.,

Defendants-Appellees.

No. 21-55208

D.C. No. 5:19-cv-01387-PA-GJS

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted March 16, 2022**

Before:     SILVERMAN, MILLER, and BUMATAY, Circuit Judges.

Stephen H. Johnson and Paula A. Johnson appeal pro se from the district

court's order denying their second motion for post-judgment relief in their action

arising out of foreclosure proceedings.  We have jurisdiction under 28 U.S.C.

§ 1291.  We review for an abuse of discretion.  *Sch. Dist. No. 1J, Multnomah*

---

    *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  We affirm.

The district court did not abuse its discretion in denying the Johnsons' second motion for post-judgment relief because the Johnsons failed to establish any basis for such relief.  *See id.* at 1262-63 (grounds for reconsideration under Federal Rule of Civil Procedure 60(b)).

The Johnsons' reliance on *Lucky Brand Dungarees, Inc. v. Marcel Fashions Group, Inc.*, 140 S. Ct. 1589 (2020), is misplaced because that case concerns claim preclusion under federal law.  *See Costantini v. Trans World Airlines*, 681 F.2d 1199, 1201 (9th Cir. 1982) ("A federal court sitting in diversity must apply the res judicata law of the state in which it sits.").

**AFFIRMED.**